UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Tower

       v.                                  Civil No. 16-cv-00324-JL

NH State Prison, Warden

O R D E R

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2016 and grant plaintiff's motion to close the case [Doc #21]. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

_____
Joseph N. Laplante
Chief, U.S. District Judge

Date: January 18, 2017

cc:   Michael Tower, Pro se